ODG (5/23/22) asg

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

May 15, 2023

Clerk, U.S. Bankruptcy Court

BY **asg** DEPUTY

In re )
**Hoodstock Enterprises, LLC** )
Debtor(s) )
) Case No. **23–31080–thp11**
)
)
) ORDER OF DESIGNATION
) AND NOTICE OF CHAPTER 11
) FINANCIAL REPORTING AND
) MAILING REQUIREMENTS
)
)

**IT IS ORDERED** that:

Mary Kathleen Heron, who represents the debtor in the capacity of Member is designated to fulfill the duties of the debtor by §§343 and 521 and other relevant sections of Title 11 United States Code, and all orders of this court.

**THE DEBTOR IS NOTIFIED** that:

1. Local Bankruptcy Rule (LBR) 2015–2 prescribes the court's chapter 11 financial reporting requirements. The court will take steps to dismiss the case for lack of prosecution if you fail to strictly comply with LBR 2015–2.

2. Each month's original financial report must have original signatures where required and be filed with the court and with a copy submitted with the appropriate U.S. Trustee's office.

3. The U.S. Trustee's office will provide the debtor with a copy of the most current version of the monthly financial report that must be used in the case.

4. The reports for each month are due on the 21st day of the next month.

5. The court serves notice of a creditor's meeting on each creditor listed with a complete address. If any creditor's address is incorrect, the notice may be returned to the debtor. If a correct address can be obtained for a returned notice, re–serve the notice on the creditor and also amend your schedules by filing Local Form 728 along with the appropriate filing fee. If it was the court's mistake, notify the court in writing immediately.

Clerk, U.S. Bankruptcy Court