**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
September 26, 2023
Clerk, U.S. Bankruptcy Court
BY **bls** DEPUTY

In re
**Hoodstock Enterprises, LLC**
Debtor(s)

) Case No. **23−31080−thp11**
)
) NOTICE OF TELEPHONE HEARING
) ON PROPOSED CHAPTER 11
) DISCLOSURE STATEMENT
)

**NOTICE IS GIVEN** that a Telephone Hearing will be held on 11/21/23 at 01:30 PM,
**Call in Number: (888) 684−8852 Access Code: 4950985**

to consider and possibly approve the proposed disclosure statement dated **9/25/23**. Creditors or other parties in interest who have filed a timely written objection may attend and have an opportunity to participate in any revision of the proposed disclosure statement before approval.

Each participant must comply with each hearing requirement listed on page 2 of this notice. [Note: If you have problems connecting, call the court at (503) 326−1500 or (541) 431−4000.]

YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684−3763 or toll−free in Oregon at (800) 452−7636.

**NOTICE IS FURTHER GIVEN THAT:**

1. Objections to the proposed disclosure statement must be made in writing, setting forth the specific grounds and details of objection, and must be filed no less than 7 days before the date of the hearing set above. Copies of any filed objections must be contemporaneously served on the proponent, entities required by Federal Rule of Bankruptcy Procedure (FRBP) 3017(a), and the following parties (if any):
   **n/a**.

2. The proposed disclosure statement may be examined in the office of the clerk or by contacting the proponent whose name and mailing address are:
   **Nicholas J Henderson**
   **Motschenbacher & Blattner, LLP**
   **117 SW Taylor St #300**
   **Portland, OR 97204**.

3. The debtor's address is 1749 22nd Street, Hood River, OR 97031, and Taxpayer ID# is 82−0749286.

4. Any objections to the claims filed more than 7 days after service of this notice will not affect the amount of the allowed claim for the purpose of voting on, objecting to, determining creditor acceptance of, or otherwise determining whether to confirm the applicable plan, or any modifications thereto, referred to in this notice.

5. A claimant whose claim is subject to a pending objection and who desires its claim temporarily allowed for the purpose of accepting or rejecting a plan (FRBP 3018(a)) must, no later than 30 days after service of the initial notice of disclosure statement hearing, file and serve a detailed written motion for temporary claim allowance.

6. Following approval of a proposed disclosure statement, creditors will be sent copies of it, together with the proposed plan, and ballots for acceptance or rejection of the plan.

7. No later than 7 days after the FILED date above, the proponent must serve this notice, the proposed plan, and the disclosure statement as provided in FRBP 3017(a), and complete and file the certificate of service below without any attachments.

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204

Page 1 of 2                         * * *  **SEE NEXT PAGE**  * * *

## TELEPHONE HEARING REQUIREMENTS

Participants must comply with each requirement listed below:

a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press * then 6 to mute and * then 6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

e. Do not announce your presence until the court calls your case. Simply stay on the line until the judge starts the hearings even if there is only silence and continue to listen quietly until your case is called.

f. Whenever speaking, first identify yourself.

g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

## CERTIFICATE OF SERVICE

I certify that on _____ (a) this notice, and the proposed disclosure statement and corresponding plan, were served on the debtor(s), all creditors' committee members, U.S. Trustee, any trustee, the S.E.C. at the address provided on the court website at https://www.orb.uscourts.gov, and their respective attorneys; and (b) this notice was served on all other creditors and interested parties.

_____
Signature

_____
Name & Relation to Case